**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE:  SCHEDULE OF HOLIDAYS       :  No. 458 Judicial Administration Docket
        FOR YEAR  2017 FOR STAFFS:
        OF THE APPELLATE COURTS :
        AND THE ADMINISTRATIVE   :
        OFFICE OF PENNSYLVANIA   :
        COURTS                   :

## ORDER

**PER CURIAM**

   **AND NOW**, this 19th day of January, 2016, it is hereby ordered that the following paid holidays for calendar year 2017 will be observed on the dates specified below by all employees of the appellate courts and the Administrative Office of Pennsylvania Courts:

| | | |
|---|---|---|
| January | 2, 2017 | New Year's Day Observed |
| January | 16, 2017 | Martin Luther King, Jr. Day |
| February | 20, 2017 | Presidents' Day |
| April | 14, 2017 | Good Friday |
| May | 29, 2017 | Memorial Day |
| July | 4, 2017 | Independence Day |
| September | 4, 2017 | Labor Day |
| October | 9, 2017 | Columbus Day |
| November | 7, 2017 | Election Day** |
| November | 10, 2017 | Veterans' Day Observed |
| November | 23, 2017 | Thanksgiving Day |
| November | 24, 2017 | Day after Thanksgiving |
| December | 25, 2017 | Christmas Day |

**AOPC only; Appellate courts will be open.